IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHANI ADIA McCALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FLAGSHIP CREDIT ACCEPTANCE, | ) |
| | ) |
| Defendant. | ) Civil Action No. 3:20-CV-2744-C-BT |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein recommending that the Court dismiss Plaintiff's complaint under 28 U.S.C. § 1915(e)(2)(B) and deny Plaintiff's motion for default judgment.[1]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Plaintiff's complaint is hereby **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B). Plaintiff's motion for default judgment is **DENIED**.

SO ORDERED this 4th day of January, 2021.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has failed to file objections to the Magistrate Judge's Findings, Conclusions, and Recommendation and the time to do so has now expired.