IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHANI ADIA McCALL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| FLAGSHIP CREDIT ACCEPTANCE, | ) ) |
| Defendant. | ) Civil Action No. 3:20-CV-2744-C-BT |

## JUDGMENT

For the reasons stated in the Court's Order of even date, therein adopting the United States Magistrate Judge's Findings, Conclusions, and Recommendation,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-styled and -numbered civil action be **DISMISSED**.

SIGNED this 4th day of January, 2021.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE